1  ALEXANDER G. CALFO (SBN 152891)
   *ACalfo@yukelaw.com*
2  SARAH E. JOHNSTON (SBN 259504)
   *SJohnston@yukelaw.com*
3  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
4  Los Angeles, CA  90071-1560
   Telephone:   (213) 362-7777
5  Facsimile:    (213) 362-7788

6  CRAIG L. WEINSTOCK (*Pro hac vice*)
   *CWeinstock@lockelord.com*
7  NATHAN DUNN (*Pro hac vice*)
   *NDunn@lockelord.com*
8  LOCKE LORD LLP
   2800 JPMorgan Chase Tower
9  600 Travis
   Houston, TX 77002
10 Telephone: (713) 226-1200

11 Attorneys for Plaintiffs COOPER LIGHTING, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COOPER LIGHTING, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ELITE LIGHTING,<br><br>    Defendant.<br><br>ELITE LIGHTING, a California corporation,<br><br>    Counterclaimant,<br><br>    vs.<br><br>COOPER LIGHTING, LLC, a Delaware limited liability company; COOPER LIGHTING, INC., a Delaware Corporation; and ROES 1-10, inclusive,<br><br>    Cross-Defendant. | CASE NO. CV 12-00523 SJO (MRWx)<br><br>**[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE AGREEMENT**<br><br>*Assigned to: Hon. S. James Otero*<br>*Magistrate Judge: Hon. M. Wilner*<br><br>Trial Date:         None set |

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  After consideration of the Parties' Stipulated Protective Agreement, and
3  finding good cause has been shown, the Court hereby adopts the Stipulation as its
4  Order.

5
6  DATED: September 11, 2012

7
8
                                  By:    /s/ Judge Wilner
9                                        Hon. Michael R. Wilner, Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On September 10, 2012, I served true copies of the following document(s) described as **[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE AGREEMENT** on the interested parties in this action as follows:

Thomas I. Rozsa, Esq.  
ROZSA LAW GROUP LC  
18757 Burbank Blvd., Suite 220  
Tarzana, CA 91356-3346  

Attorney for Defendant and Counterclaimant Elite Lighting  

T: (818) 783-0990  
F: (818) 783-0992  

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2012, at Los Angeles, California.

*/s/ Herme A. Britton*  
Herme A. Britton

812126.1 / 112-009

CV 12-00523 SJO (MRWx)