SARAH E. JOHNSTON (SBN 259504)
  SJohnston@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

CRAIG L. WEINSTOCK (*Pro hac vice*)
  CWeinstock@lockelord.com
NATHAN DUNN (*Pro hac vice*)
  NDunn@lockelord.com
LOCKE LORD LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
Telephone: (713) 226-1200

Attorneys for Plaintiff
COOPER LIGHTING, LLC

THOMAS I. ROZSA (SBN 80615)
  Tom@rozsalaw.com
ROZSA LAW GROUP LC
18757 Burbank Blvd., Suite 220
Tarzana, CA 91356-3346
Telephone: (818) 783-0990
Facsimile: (818) 783-0992

Attorneys for Defendant
 ELITE LIGHTING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COOPER LIGHTING, LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ELITE LIGHTING,<br><br>　　　　Defendant. | CASE NO. CV 12-00523 SJO (MRWx)<br><br>**STIPULATION TO DISMISS**<br><br>*Filed concurrently with (Proposed) Order*<br><br>*Assigned to Hon. S. James Otero* |

ELITE LIGHTING, a California corporation,

   Counterclaimant,

 vs.

COOPER LIGHTING, LLC, a Delaware limited liability company; COOPER LIGHTING, INC., a Delaware Corporation; and ROES 1-10, inclusive,

   Cross-Defendant.

  IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, THAT:

1. Pursuant to Fed. R. Civ. P. 41(a) and according to the terms of the settlement agreement entered into among Plaintiff Cooper Lighting LLC and Defendant Elite Lighting (collectively "the Parties"), this matter, including the current claims and counterclaims between the Parties, shall be and hereby is dismissed with prejudice;

2. The United States District Court, Central District of California shall maintain exclusive jurisdiction for purposes of enforcing the settlement agreement between the Parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    IT IS SO STIPULATED.

2  Respectfully submitted,

3  DATED: March 27, 2013

          By: */s/ Sarah E. Johnston*
              Sarah E. Johnston
              YUKEVICH | CAVANAUGH

              Craig L. Weinstock
              Nathan Dunn
              LOCKE LORD LLP

              Attorneys for Plaintiff
              COOPER LIGHTING, LLC

DATED: March 27, 2013

          By: */s/ Thomas I. Rozsa*
              Thomas I. Rozsa
              ROZSA LAW GROUP LC

              Attorneys for Defendant
              ELITE LIGHTING

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On March 28, 2013, I served true copies of the following document(s) described as **STIPULATION TO DISMISS** on the interested parties in this action as follows:

| | |
|---|---|
| Thomas I. Rozsa, Esq.<br>ROZSA LAW GROUP LC<br>18757 Burbank Blvd., Suite 220<br>Tarzana, CA 91356-3346 | Attorney for Defendant and<br>Counterclaimant Elite Lighting<br><br>T: (818) 783-0990<br>F: (818) 783-0992 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 28, 2013, at Los Angeles, California.

*/s/ Herme A. Britton*
Herme A. Britton

1113616.1 / 112-009

CV 12-00523 SJO (MRWx)

STIPULATION TO DISMISS